THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

RAPHEAL PETERSON                  §
                                  §
                                  §
v.                                §        CIVIL NO. 4:24-CV-312-SDJ-BD
                                  §
LVNV FUNDING LLC                  §
                                  §
                                  §
                                  §

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #22), that Plaintiff Rapheal Peterson's Motion for Default Judgment, (Dkt. #11), be denied and that Defendant LVNV Funding LLC's Motion to Dismiss or, alternatively, Motion to Set Aside Default, (Dkt. #16), be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #11), is **DENIED.**

It is **FURTHER ORDERED** that Defendant LVNV Funding LLC's Motion to Dismiss or, alternatively, Motion to Set Aside Default, (Dkt. #16), is **GRANTED** to

1

the extent it asks the court to set aside the default and **DENIED** to the extent it requests dismissal.

It is **FURTHER ORDERED** that the clerk set aside the entry of default against LVNV Funding LLC, (Dkt. #13).

It is **FURTHER ORDERED** that Peterson properly serve LVNV Funding LLC within 21 days.

**So ORDERED and SIGNED this 20th day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE